FILED by FM D.C.
MAR 2 6 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAR 1 6 2010 ★
BROOKLYN OFFICE

10-8085-JMH

JAJ:AK
F.#2009R01146

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

TIMOTHY GLASS,
also known as "T,"

Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. CR 10 - 195
(T. 18, U.S.C.,
§§ 924(c)(1)(A)(i),
924(c)(1)(A)(ii),
1951, 2 and 3551 et seq.)

GARAUFIS, J.

POHORELSKY, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Hobbs Act Robbery Conspiracy)

On or about January 15, 2009, within the Eastern District of New York, the defendant TIMOTHY GLASS, also known as "T," together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of John Doe #1, the owner of a business located in Queens, New York, whose identity is known to the Grand Jury, of marijuana and United States currency.

(Title 18, United States Code, Sections 1951 and 3551 et seq.)

COUNT TWO
(Hobbs Act Robbery Attempt)

On or about January 15, 2009, within the Eastern District of New York, the defendant TIMOTHY GLASS, also known as "T," together with others, did knowingly and intentionally attempt to obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of John Doe #1, the owner of a business located in Queens, New York, whose identity is known to the Grand Jury, of marijuana and United States currency.

(Title 18, United States Code, Sections 1951, 2 and 3551 et seq.)

COUNT THREE
(Brandishing a Firearm During Crime of Violence)

On or about January 15, 2009, within the Eastern District of New York, the defendant TIMOTHY GLASS, also known as "T," did knowingly and intentionally use and carry a firearm during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts One and Two, and did knowingly and

intentionally possess said firearm in furtherance of said crimes of violence, which firearm was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 2 and 3551 et seq.)

A TRUE BILL

FOREPERSON

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2009R01146

*No.*

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

*Timothy Glass, also known as "T,"*

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 1951, 2 and 3551 et seq.)

*A true bill.*

_______________________________ *Foreman*

*Filed in open court this* ____________ *day,*

*of* ____________ *A.D. 20* ____

_______________________________ *Clerk*

*Bail, $* ____________

***Ali Kazemi, Assistant United States Attorney, (718) 254-6171***

FILED by FM D.C.
MAR 2 6 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

10-8085-JMH

UNITED STATES OF AMERICA

v.

Timothy Glass, also known as "T,"

DEFENDANT.

WARRANT FOR ARREST

CR 10 - 195

CASE NUMBER:

TO: ATF Special Agent Shawn Edmonds, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest Timothy Glass, also known as "T"
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Hobbs Act Robbery Conspiracy

In violation of Title 18 United States Code, Section(s) 1951

The Honorable Andrew L. Carter
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

March 16, 2010, Brooklyn, New York
Date and Location

Bail fixed at $ ______ By ______

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ______

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |