# COURT MINUTES

U.S. MAGISTRATE JUDGE <u>JAMES M. HOPKINS</u>     DATE: <u>3/26/2010</u>     TIME: <u>10:00 AM</u>

DEFT: TIMOTHY GLASS (J) ✓           CASE NO: 10-8085-JMH
AUSA: ~~SHANIEK MAYNARD~~ Nancy Quinlan  ATTY: FPD
AGENT: ATF SA SARA CONNOR           VIOL: Removal to the Eastern District of New York

PROCEEDING: **INITIAL HEARING ON REMOVAL** ✓     BOND RECOMMENDATION: PTD (REQUESTED BY GOVT.)

BOND/PTD HEARING HELD - yes / (no)     LANGUAGE: ENGLISH
BOND SET @                            PRISONER NO.

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full-time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: ___
- ☐ Home Confinement/Electronic Monitoring/Curfew ___ paid by ___
- ☐ Other ___

Disposition: Deft present & sworn. Deft advised of charges & rights. Deft questioned regarding appointment of counsel. Deft found to be Indigent FPD appointed. Govt Request 3 Days. Deft waives Identity & Bond. No Bond Hearing Held. Court Orders the Deft removed.

FILED by ___ D.C.
MAR 2[6] 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - W.P.B.

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:
REPORT RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

TAPE No. JMH 10- 19   Begin: 2622   TIME IN COURT: 5 mins

DAR: 10:14:55