# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.   10-8085-JMH

UNITED STATES OF AMERICA

      Plaintiff,

v.

TIMOTHY GLASS,
      Defendant.

_____/

```
FILED by _____ D.C.

MAR 2 6 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.
```

## ORDER ON INITIAL APPEARANCE

AUSA  Janice LeClainche
Agent ATF SA Sara Connor

Language   English
Tape No.  JMH-10-19-2622
       DAR:10:14:55

The above-named defendant having been **arrested**  on  3/26/10   having appeared before the court for initial appearance **on**     **3/26/2010**                          and proceedings having been held in accordance with **Fed.R.Cr.P.  r. 5 or 40(a)**, it is thereupon
      **ORDERED** as follows:

1. _____ appeared as permanent  counsel of record.
      Address:_____
      Zip Code: _____ Telephone: _____

2.  **Federal Public Defender**                appointed as permanent counsel of record.
      Address: _____
      Zip Code: _____ Telephone:   561-833-6288

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on
      _____, 2010.

4. _____ hearing is set for _____,2010.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f)
  because  **defendant ordered removed back to the EDNY**             .
  A **Detention Hearing,** pursuant to 18 U.S.C. Section 3142(f), is set for_____ 2010.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond,
    pursuant to 18 U.S.C. Section 3142:
    _____
    _____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

__a. Surrender all passports and travel document to the Pretrial Services Office; .
__b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;
    other: _____
_c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
    prohibited by law.
_d. Maintain or actively seek full time gainful employment/education.
_e. Maintain or begin an educational program.
_f. Avoid all contact with victims of or witnesses to the crimes charged.
_g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
__h. Comply with the following curfew: _____
_ I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
__j. Comply with the following additional special conditions of this bond:

    _____

    This bond was set: At Arrest _____
                       On Warrant _____
                       After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
    _____
    _____
    _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303
(2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon
notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the
   conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and
   revocation of release and to various civil and criminal sanctions for any violation of those conditions.
   These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has
   been executed in accordance with this or subsequent court order.

   **DONE AND ORDERED** at West Palm Beach, Florida this  26th  day of   March , 2010.


                                        _James M. Hopkins_
                                        **JAMES M. HOPKINS**
                                        **UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defense Counsel
   Pretrial Services/Probation