UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __10-8085-JMH__

UNITED STATES OF AMERICA,
    Plaintiff,

v.

TIMOTHY GLASS,
    Defendant.
_____/

FILED by ___ D.C.

MAR 2 6 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### WARRANT OF REMOVAL

    A(n) _____ Complaint

    ___x___ Indictment

    _____ Information

    _____ Probation Violation Warrant

    _____ Supervised Release Violation Warrant

    _____ Bench Warrant

    _____ Violation of Bond

having been filed in the **EASTERN DISTRICT OF NEW YORK** Charging the above named defendant with __18 : 1951__, and the defendant having

    __X__ been arrested

    _____ surrendered

in the Southern District of Florida, having had an initial appearance before the Court and having:

    __X__ waived further hearing

    _____ been given a hearing in accordance

    with **Fed.R.Crim.P. 40.**

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at West Palm Beach, Florida this __26th__ day of __March__, 2010.

_/s/ James M. Hopkins_
**JAMES M. HOPKINS**
**UNITED STATES MAGISTRATE JUDGE**

c: AUSA
   Defense
   Pretrial Services
   US Probation
   U.S. Marshal (2 certified copies)