UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-8085-JMH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIMOTHY GLASS,

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been re-assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

s/ Samuel J. Smargon
Samuel J. Smargon
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 150230
450 South Australian Avenue, Suite 500
West Palm Beach, Florida 33401
Phone: (561) 833-6288
Fax: (561) 833-0368
Email: Samuel_Smargon@FD.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on **March 29, 2010,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                                                     s/ Samuel J. Smargon
                                                     Samuel J. Smargon

**SERVICE LIST**
**UNITED STATES OF AMERICA  v.  TIMOTHY GLASS**
**Case No.   10-8085-JMH**

Nancy Quinlan
Nancy.quinlan@usdoj.gov
Assistant United States Attorney
500 S Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Phone:   561.820.8711
Fax:     561.820.8777
Attorney for Plaintiff