

FILED by _____ D.C.
APR 01 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA     CASE # 10-8085-JMH

VS

Timothy Glass     PRISONER # 73703004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI     FT. LAUDERDALE     **WEST PALM BEACH**     FT. PIERCE

ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":

1) DATE AND TIME OF ARREST: 3/26/10  5:55am

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE(S) CHARGED: 18 USC 1951 Hobbs Act

4) U.S. CITIZEN  [✓] YES   [ ] NO   [ ] UNKNOWN

5) DATE OF BIRTH: ___-1963

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [✓] INDICTMENT CR10-195
   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   ORIGINATING DISTRICT: Eastern District NY

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES   [ ] NO

7) AMOUNT OF BOND: _____   WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: Shawn Edmonds  DATE: 3/26/10

9) AGENCY: ATF     PHONE: 917 572-8309