# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**  
Court Administrator • Clerk of Court

701 Clematis Street  
West Palm Beach, Florida 33401  
(561) 803-3400

## TRANSMITTAL LETTER

**TO:** CLERK OF THE COURT, UNITED STATES DISTRICT COURT

    NEW YORK EASTERN DISTRICT COURT ( BROOKLYN)  
    225 CADMAN PLAZA EAST, ROOM 118S  
    BROOKLYN, NY 11201-1818

**RE:**     USA v TIMOTHY GLASS  
       Case No. **CR10-195**  
       SD/FL Case No. **10-8085-JMH**

FILED by ___TM___ D.C.  
APR - 7 2010  
STEVEN M. LARIMORE  
CLERK U.S. DIST. CT.  
S. D. OF FLA. - W.P.B.

**DATE:**

==================================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to Rule 40  
Please find enclosed the following documents:

    _____    Original file

    ___X___    Certified File

    _____    Magistrate Proceedings -Original Pleadings

                    CASH Bond   Amount $_____  
                    (Note:  Cash is not included in this transmittal and will  
                     be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter and sending it to:

           UNITED STATES DISTRICT COURT  
      CLERK OF COURT c/o Tanya McClendon  
          701 CLEMATIS STREET, ROOM 202  
        WEST PALM BEACH, FLORIDA 33401

Yours sincerely  
By _____  
Tanya McClendon, Deputy Clerk

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism  
for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*